UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ARENA, | No. 2:23-cv-1034 AC P |
| Plaintiff, | |
| v. | ORDER |
| DARLING, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The complaint was accompanied by a letter from plaintiff which will be construed as a motion for clarification. In his motion, plaintiff states that he has funds in his trust account to pay the filing fee and requests information on how much the fee is and where it should be sent. In civil cases, the required filing fee is $350.00 plus the $52.00 administrative fee, for a total of $402.00.[1] The check for $402.00 should be addressed to "Clerk, USDC" and mailed to 501 I Street, #4-200, Sacramento, CA 95814. Under the "Purpose" portion of the withdrawal slip, plaintiff should state that it is for filing fees in Arena v. Darling, No. 2:23-cv-1034 AC P, and he should ask the CDCR to include that information on or with the check or include a copy of this order with the check. Plaintiff is advised that if he believes that he is entitled to proceed in

---

[1] The $52.00 administrative fee is waived for plaintiffs who are granted leave to proceed in forma pauperis.

1

forma pauperis, he may file an application in support of a request to proceed in forma pauperis instead of paying the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's letter to the court (ECF No. 2) is construed as a motion for clarification and the Clerk of the Court is directed to update the docket accordingly;

2. The motion for clarification (ECF No. 2) is GRANTED to the extent clarification has been provided above; and

3. Within thirty days of the service of this order, plaintiff shall pay the $402.00 in filing fees or submit an application to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 6, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2