UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER M. ARENA, | No. 2:23-cv-1034 AC P |
| Plaintiff, | |
| v. | ORDER |
| DARLING, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion to voluntarily dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's motion will be granted and the case will be dismissed without prejudice. With respect to plaintiff's request that the court inform him how much time he has to re-file the complaint, the court is unable to provide plaintiff with legal advice. However, plaintiff is informed that, in California, the limitations period for filing § 1983 claims is two years from the date the claim accrued, not including any tolling to which plaintiff may be entitled. See TwoRivers v. Lewis, 174 F.3d 987, 991 (9th Cir. 1999) (court applies the forum state's limitations period for personal injury claims because § 1983 does not contain its own statute of limitations); Jones v. Blanas, 393 F.3d 918, 927 (9th Cir. 2004) (California limitations period for personal injury claims is two years (citing Cal. Code Civ. Proc. § 335.1)).

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to voluntarily dismiss this case (ECF No. 7) is GRANTED;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

DATED: July 6, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE